## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD E. GOODLOE, | | No. 4:23-CV-01247 |
| Petitioner, | | (Chief Judge Brann) |
| v. | | |
| WARDEN J. SAGE, | | |
| Respondent. | | |

## ORDER

**AND NOW**, this 10th day of January 2024, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Ronald E. Goodloe's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. Goodloe's motion for appointment of counsel (Doc. 2) is **DISMISSED** as moot in light of paragraph 1 above.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge